## 9641

### BLASSINGAME v. GREENVILLE COUNTY.

#### (91 S. E. 861.)

APPEAL AND ERROR—DECISIONS REVIEWABLE—GRANT OF NEW TRIAL.—An order granting a new trial based upon questions of fact and where the Supreme Court cannot render an absolute judgment is not appealable.

Before MAULDIN, J., Greenville, August, 1916. Appeal dismissed.

Action by J. T. Blassingame against Greenville County. From an order granting plaintiff a new trial, defendant appeals.

*Mr. W. G. Sirrine,* for appellant.

*Messrs. B. A. Morgan* and *Cothran, Dean & Cothran,* for respondent.

March 16, 1917.

The opinion of the Court was delivered by MR. JUSTICE HYDRICK.

This appeal is from an order granting a new trial on the ground that the verdict found for plaintiff was insufficient. The order was based upon consideration of the evidence and involved questions of fact. It also appears that this is not a case in which this Court can give judgment absolute upon the right of the appellant. Therefore the order is not appealable. *Daughty* v. *Railroad Co.,* 92 S. C. 361, 75 S. E. 553.

Appeal dismissed.